COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-19-00122-CV |
| Style: | Manish Sohani and Anis Virani v. Nisar Sunesara |
| Date motion filed*: | May 24, 2019 |
| Type of motion: | Motion for Extension of Time to File Brief |
| Party filing motion: | Appellants Manish Sohani and Anis Virani |
| Document to be filed: | Appellants' Brief |

If motion to extend time:

| | | |
|---|---|---|
| Original due date: | N/A | |
| Number of extensions granted: | 0 | Current Due Date: N/A |
| Date Requested: | July 23, 2019 (60 days from May 24, 2019) | |

Ordered that motion is:

☐ Granted in part
☑ Denied (without prejudice)
☐ Dismissed (*e.g.*, want of jurisdiction, moot)
☑ Other: _____

Although the clerk's record was filed on April 24, 2019, the Clerk of this Court notified appellants' counsel on April 2, 2019, that the reporter's record had not been filed due to a lack of appellants' request or payment, and requested that appellants provide evidence of payment for that record by May 2, 2019, or else this Court may require filing the brief without that record. *See* TEX. R. APP. P. 37.3(c). Accordingly, appellants' extension request is **denied without prejudice** to refiling after the appellants file evidence of payment for the reporter's record or a notice that they are not requesting that record. *See* TEX. R. APP. P. 38.6(a)(2). Appellants' response shall be due within 5 days of the date of this Order.

Judge's signature: ___/s/ Evelyn V. Keyes_____

x Acting individually ☐ Acting for the Court

Date: _June 4, 2019_____